RICHARD B. MAZER
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 621-4100
Facsimile: (415) 621-4111
Email: richardbmazer@yahoo.com

Attorneys for Defendant Kasi Talea Pohahau

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>KASI POHAHAU, et al,<br>　　　　　Defendants. | No. CR-06-00316-MHP<br><br>**SUBSTITUTION OF COUNSEL** |

Kasi Pohahau, the defendant in the above captioned case hereby substitutes Richard B. Mazer, as his attorney of record in the place of Ian Loveseth, Esq.

Dated: July 7, 2006　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Kasi Pohahu
　　　　　　　　　　　　　　　　　　　KASI POHAHAU

I acknowledge the above substitution of attorneys.

Dated: July 11, 2006

　　　　　　　　　　　　　　　　　　　/s/ Ian Loveseth
　　　　　　　　　　　　　　　　　　　IAN LOVESETH, ESQ.

I accept the above substitution of attorneys and hereby enter a general appearance on behalf of Mr. Pohahau in this case.

Dated: July 7, 2006

　　　　　　　　　　　　　　　　　　　/s/ Richard B. Mazer
　　　　　　　　　　　　　　　　　　　RICHARD B. MAZER

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

1

CERTIFICATE OF SERVICE

I, the undersigned, certify:
That I am over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 99 Divisadero Street, San Francisco, California 94117.

On this date I caused to be served on the interested parties hereto, a copy of:

**SUBSTITUTION OF COUNSEL**

(X) By electronically transmitting or by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;:

Stephen H. Jigger
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102
steve.jigger@usdoj.gov

Barbara B. Silano
Office of the U.S. Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Barbara.Silano@usdoj.gov

Ron Tyler
Assistant Federal Public Defender
450 Golden Gate Ave
San Francisco, CA 94102
ronald_tyler@fd.org

Joseph Vodnoy
316 West Second Street Suite 1200
Los Angeles, CA 90012

Randy Sue Pollock
2831 Telegraph Ave
Oakland, CA 94609

Mary McNamara
300 Montgomery Street #110
San Francisco, CA 94104

James Bustamante
809 Montgomery Street 2nd Floor
San Francisco, CA 94133

Kenneth H. Wine
Hallinan Wine & Sabelli
345 Franklin Street
San Francisco, CA 94102
kenwine@hotmail.com

Steve Emery Teich
1390 Market St. #310
San Francisco, CA 94102
steve.teich@sbcglobal.net

George C. Boisseau
740 4th Street, Second Floor
Santa Rosa, CA 95404
boisseaugc@msn.com

Michael Stepanian
Law Offices of Michael Stepanian
819 Eddy Street
San Francisco, CA 94109
mstepanian@sbcglobal.net

Frederic Stuart Baker
2 Henry Adams M71
San Francisco, CA 94103
fsb@wilsonimages.net

Shana Keating
Law Offices of Shana Keating
1934 Divisadero St.
San Francisco, CA 94115
*shana_keating@hotmail.com*

Christopher J. Cannon
Sugarman & Cannon
44 Montgomery St.
Suite 2080
San Francisco, CA 94104
powpowpg@aol.com

William L. Osterhoudt
Law Office of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
osterhoudt@aol.com

Phil Vaughns
1260 B. Street Suite 240
Hayward, CA 94541

Philip A. Schnayerson
Garcia, Schnayerson & Mockus
225 W. Winton, Ste 208
Hayward, CA 94544-1219
gsmcrimlaw@yahoo.com

|   |   |
|---|---|
| 1 | |
| 2 | Robert F. Waggener |
|   | Law Office of Robert Waggener |
| 3 | 214 Duboce Ave |
|   | San Francisco, CA 94103 |
| 4 | rwlaw@mindspring.com |
| 5 | |
| 6 |     I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this Certificate has been executed on July 11, 2006, at San Francisco, California. |

 

                                                       /s/ Cherri Plainfield
                                                       CHERRI PLAINFIELD