UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>    Plaintiff,<br>    v.<br>POHAHAU,<br>    Defendant. | Case No. 06-cr-00316-VC-5<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE**<br><br>Re: Dkt. No. 645 |

The defendant has filed a motion to reduce his sentence based on Amendment 782 to the United States Sentencing Guidelines. The Court has reviewed the motion, the sentence reduction investigation report filed by the United States Probation Office, and the notice of non-intervention filed by the Federal Public Defender's Office.

The defendant is not eligible for a reduction in his sentence, because the amendment does not change the defendant's base offense level or guideline range. Under the amended guidelines, the defendant's base offense level is still a 38, due to the quantity of drugs for which he was held accountable. Accordingly, the motion is denied.

**IT IS SO ORDERED.**

Dated: June 23, 2015

VINCE CHHABRIA
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Kasi Talea Pohahau,<br><br>　　　　　Defendant. | Case No. 06-cr-00316-VC-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kasi Talea Pohahau, #86777-011
Allenwood Federal Prison Camp
Inmate Mail/Parcels

P.O. Box 1000
White Deer, PA 17887

Dated: June 23, 2015

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA