UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>　　　　Plaintiff,<br>　v.<br>POHAHAU,<br>　　　　Defendant. | Case No. 06-cr-00316-VC-5<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION AND RE PRODUCTION OF DOCUMENTS**<br><br>Re: Dkt. No. 661 |

The defendant has filed a motion for reconsideration of this court's order denying his motion to reduce his sentence pursuant to Amendment 782. The motion for reconsideration is denied. For the defendant's benefit, the court further explains why he is not eligible for a reduction.

In his plea agreement, the defendant agreed that he "knowingly possessed with intent to distribute, and/or distributed over 19 pounds (8.62 kg) of pure methamphetamine and 1 kilogram of cocaine." The defendant also agreed to a base offense level of 38. The most recent version of the United States Sentencing Guidelines Manual (2014), which incorporates the recent amendments to the drug guidelines, mandates a base offense level of 38 for 4.5 kilograms or more of actual methamphetamine. Therefore, the defendant is not eligible for a reduction in his sentence because his base offense level is not lowered by the amendments.

The court also notes that it received the defendant's response in support of his motion to reduce his sentence on June 22, 2015. The court considered the defendant's arguments made in his response before issuing its order denying the motion on June 23, 2015.

The defendant also requests copies of his plea agreement and the transcripts from his guilty plea and sentencing. He should obtain those through the attorney who represented him in those proceedings. According to the court's records, the defendant's attorney was Richard B. Mazer,

who can be reached at 99 Divisadero Street, San Francisco, California, 94117.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
VINCE CHHABRIA
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>POHAHAU,<br>　　　　　Defendant. | Case No. 06-cr-00316-VC-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kasi Talea Pohahau
86777-011
FCI Allenwood Medium
Federal Correctional Institution

Dated: August 14, 2015

　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA